IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADURA TECHNOLOGIES INC., | No. C-09-05494 EDL |
| Plaintiff, | **ORDER REFERRING DEFENDANT TO LEGAL HELP DESK** |
| v. | |
| ADURA SYSTEMS INC., | |
| Defendant. | |

On January 27, 2010, Defendant Adura Systems, through its President and CEO Marvin Bush, filed an "Answer to Complaint for Federal Trademark Infringement, False Designation of Origin and Dilution, Unfair Competition in violation of California Business and Professions Code section 17200, False Advertising in violation of California Business and Professions Code section 17500 and 17535 and common law Trademark Infringement." Corporations, however, may only appear in court through an attorney. See Civil L.R. 3-9(b). Mr. Bush is encouraged to contact the Legal Help Center, located on the 15th Floor, 450 Golden Gate Avenue, San Francisco, California to obtain assistance in retaining counsel.

**IT IS SO ORDERED.**

Dated: February 3, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge