UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADURA TECHNOLOGIES, INC., <br> a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> ADURA SYSTEMS, INC., <br> a Delaware corporation, <br><br> Defendant. | CASE NO. C 09-05494 (EDL) <br><br> [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE |

Plaintiff ADURA TECHNOLOGIES, INC. commenced the present action through the filing of a complaint on November 19, 2009 (Docket No. 1).

On January 27, 2010, a filing purporting to be an 'Answer' on behalf of ADURA SYSTEMS, INC. was made by "Marvin Bush, President & CEO of Adura Systems, Inc." appearing "pro se" (Docket No. 7). Said filing does not constitute an answer as "[c]orporations . . . may only appear in court through an attorney" in accordance with Civil L.R. 3-9(b); see also Docket No. 8.

No answer has been filed by Defendant ADURA SYSTEMS, INC. and the Plaintiff requests voluntary dismissal of the present action in accordance with FED. R. CIV. P. 41(a)(1)(A)(i). The Plaintiff's request is hereby **GRANTED.** The present action is dismissed in its entirety and with prejudice.

**IT IS SO ORDERED.**

DATED: June 17, 2010    By: *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge